833 F.2d 1017
 Spiegel (Sidney), Tanner (Gordon), Karaisz (Ronald
S.),Trustee of Ronald S. Karaisz Revocable Trust, Rodney
R.Brown, Inc., Rosenfield (Phillip, Edith J.), Trustees of
Rosenfield Family Trust, Hersh (Harry Marcus), Novick
(Julius), Knight (Garland)
v.
E.F. Hutton and Company, Inc., Waterways Management Corporation
 NO. 87-5518
 United States Court of Appeals,
Ninth Circuit.
 NOV 13, 1987
 
 1
 Appeal From: C.D.Cal.
 
 
 2
 AFFIRMED.